```
                                                          FILED
                                                    U.S. DISTRICT COURT
              IN THE UNITED STATES DISTRICT COURT   EASTERN DISTRICT OF TEXAS
                    EASTERN DISTRICT OF TEXAS            JUN 14 2012
                         SHERMAN DIVISION
                                                    DAVID J. MALAND, CLERK
                                                    BY
                                                    DEPUTY_____
```

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO: 4:11CR248 |
| § | Judge Schell |
| ERNEST MICHAEL DIAZ (1) § | |
| SANTIAGO ADRI SEPULVEDA (3) § | |
| JOE DIAZ (4) § | |
| RICARDO JULIO CASTILLO, JR. (5) § | |
| MICHAEL ANGEL PADRON (6) § | |
| RAMIRO PENA, JR. (7) § | |
| RODNEY DSHANE MAYO (8) § | |
| OSCAR K. MONTOYA-CASTILLO (9) § | |
| NANCY ALEIDA GRANADOS (10) § | |
| STEVEN WILLIAM TAYLOR (11) § | |
| BRITTANY LEANN VOLLWEILER (12) § | |
| LYLE JEFFREY ROWEN (13) § | |
| CODY GENE GLENN (14) § | |
| DYLAN ANDREW DOVE (15) § | |
| TRAVIS TROY ABOLOS (16) § | |
| MATEUSZ CIEZKI (17) § | |
| CHRISTOPHER MURPHY SPRING (18) § | |
| NICHOLAS ALEXANDER TAGERT (19) § | |
| CHRISTOPHER DELAROSA (20) § | |
| HUGO SALINAS HERNANDEZ (21) § | |
| ADRIAN RODRIGUEZ-RIVERA (22) § | |
| ELIZABETH ANNE TARLTON (23) § | |
| BENJAMIN TYLER TREDWAY (24) § | |
| DAKOTA STEPHEN HARRIS (25) § | |
| KEVIN JESSIE TEER (26) § | |
| MICHAEL WAYNE PEREZ, JR. (27) § | |
| JOSHUA ALEXANDER HONEA (29) § | |
| COURTNEY AMANDA SIDES (30) § | |
| MARTIN TELLEZ GONZALEZ (31) § | |

## THIRD SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 846 (Conspiracy to possess with intent to distribute heroin)

From in or about March 2010, and continuing until on or about June 13, 2012, in the Eastern District of Texas and elsewhere,

> Ernest Michael Diaz
> Santiago Adri Sepulveda
> Joe Diaz
> Ricardo Julio Castillo, Jr.
> Michael Angel Padron
> Ramiro Pena, Jr.
> Rodney Dshane Mayo
> Oscar K. Montoya-Castillo
> Nancy Aleida Granados
> Steven William Taylor
> Brittany Leann Vollweiler
> Lyle Jeffrey Rowen
> Cody Gene Glenn
> Dylan Andrew Dove
> Travis Troy Abolos
> Mateusz Ciezki
> Christopher Murphy Spring
> Nicholas Alexander Tagert
> Christopher Delarosa
> Hugo Salinas Hernandez
> Adrian Rodriguez-Rivera
> Elizabeth Anne Tarlton
> Benjamin Tyler Tredway
> Dakota Stephen Harris
> Kevin Jessie Teer
> Michael Wayne Perez, Jr.
> Joshua Alexander Honea

**Courtney Amanda Sides**
**Martin Tellez Gonzalez**

defendants, did knowingly and intentionally combine, conspire, confederate, and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute at least 100 grams or more of a mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

>Violation: 21 U.S.C. § 846
>(Conspiracy to possess with intent to distribute heroin resulting in death)

Beginning sometime in March 2010, and continuing until on or about June 13, 2012, in the Eastern District of Texas and elsewhere, **Michael Wayne Perez, Jr.**, defendant, did knowingly and intentionally combine, conspire, confederate, and agree together with other persons known and unknown to the Grand Jury, to possess with intent to distribute at least 100 grams or more of a mixture or substance containing a detectable amount of heroin, which resulted in the death of an individual from the use of such substance, in violation of 21 U.S.C. § 841(a)(1).

### OVERT ACT

In furtherance of this conspiracy and to effect and accomplish the objects of it, the following overt act, among others, was committed in the Eastern District of Texas, and elsewhere:

On or about January 29, 2012, **Michael Wayne Perez, Jr.**, sold a quantity of heroin to Brandon Wanttie, which resulted in the overdose death of Brandon Wanttie on January 29, 2012, in Collin County, Texas, within the Eastern District of Texas.

In violation of 21 U.S.C. § 846.

### Count Three

Violation: 21 U.S.C. § 843 (Use of a Communication Facility to Commit a Controlled Substance Offense)

In or about March 2010, and continuing until on or about June 13, 2012, in the Eastern District of Texas,

**Ernest Michael Diaz**
**Joe Diaz**
**Ricardo Julio Castillo, Jr.**
**Michael Angel Padron**
**Steven William Taylor**
**Kevin Jessie Teer**
**Michael Wayne Perez, Jr.**

defendants herein, did knowingly and intentionally use a communication facility, to-wit: a telephone, to facilitate the commission of felony under the Controlled Substances Act, to-wit: Conspiracy to possess with intent to distribute at least 100 grams or more of heroin.

In violation of 21 U.S.C. § 843.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Third Superseding Indictment, the defendants, may have used or intended to use the following property to commit or facilitate the offenses and/or the following property was derived from proceeds

obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846 including but not limited to the following:

$11,944.00 in U.S. currency seized from **Adrian Rodriguez-Rivera**; and

$998.00 in U.S. currency seized from **Martin Tellez Gonzalez**.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

6/13/12
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: 4:11CR248 |
| | § | Judge Schell |
| ERNEST MICHAEL DIAZ (1) | § | |
| SANTIAGO ADRI SEPULVEDA (3) | § | |
| JOE DIAZ (4) | § | |
| RICARDO JULIO CASTILLO, JR. (5) | § | |
| MICHAEL ANGEL PADRON (6) | § | |
| RAMIRO PENA, JR. (7) | § | |
| RODNEY DSHANE MAYO (8) | § | |
| OSCAR K. MONTOYA-CASTILLO (9) | § | |
| NANCY ALEIDA GRANADOS (10) | § | |
| STEVEN WILLIAM TAYLOR (11) | § | |
| BRITTANY LEANN VOLLWEILER (12) | § | |
| LYLE JEFFREY ROWEN (13) | § | |
| CODY GENE GLENN (14) | § | |
| DYLAN ANDREW DOVE (15) | § | |
| TRAVIS TROY ABOLOS (16) | § | |
| MATEUSZ CIEZKI (17) | § | |
| CHRISTOPHER MURPHY SPRING (18) | § | |
| NICHOLAS ALEXANDER TAGERT (19) | § | |
| CHRISTOPHER DELAROSA (20) | § | |
| HUGO SALINAS HERNANDEZ (21) | § | |
| ADRIAN RODRIGUEZ-RIVERA (22) | § | |
| ELIZABETH ANNE TARLTON (23) | § | |
| BENJAMIN TYLER TREDWAY (24) | § | |
| DAKOTA STEPHEN HARRIS (25) | § | |
| KEVIN JESSIE TEER (26) | § | |
| MICHAEL WAYNE PEREZ, JR. (27) | § | |
| JOSHUA ALEXANDER HONEA (29) | § | |
| COURTNEY AMANDA SIDES (30) | § | |
| MARTIN TELLEZ GONZALEZ (31) | § | |

# NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 846

Penalty:    Imprisonment for five to forty years, a fine not to exceed $2,000,000, or both. A term of supervised release of at least four years.

Special Assessment:    $100.00

### Count Two

Violation:    21 U.S.C. § 846 (Conspiracy to possess heroin with intent to distribute resulting in death)

Penalty:    Imprisonment for not more than twenty years, a fine not to exceed $1,000,000, or both. A term of supervised release of at least three years; If death or serious bodily injury resulted from the uses of such substances then a term of imprisonment of not less than twenty years or more than life, a fine not to exceed $1,000,000, or both. A term of supervised release of at least five (5) years.

Special Assessment: $100.00

### Count Three

Violation:    21 U.S.C. § 843(b)

Penalty:    Imprisonment of not more than four years and/or a fine of not more than $250,000.00; supervised release for a term of not more than one year. If one or more prior convictions for violations of 21 U.S.C. § 843, or any other law of the United States relating to narcotic drugs, marijuana, or depressant or stimulant substances: imprisonment of not more than eight years and/or a fine or not more than $500,000.00; supervised release for a term of not more than three years.

Special Assessment:    $100.00