IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR248 |
| | § | Judge Schell |
| RAMIRO PENA, JR. (7) | § | |

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### **Count One**

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to
Distribute Heroin)

In or about March 2010, and continuing until on or about February 8, 2012, in the

Eastern District of Texas and elsewhere, **Ramiro Pena, Jr.**, defendant, did knowingly

and intentionally combine, conspire, confederate, and agree together, with other persons

known and unknown to the United States Attorney, to possess with intent to distribute

less than 100 grams of a mixture or substance containing a detectable amount of heroin, a

controlled substance.

In violation of 21 U.S.C. § 846.

Respectfully submitted,

JOHN M. BALES
United States Attorney

_____

ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
ernest.gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic filing to defense counsel, on this _____ day of July, 2012.

_____

ERNEST GONZALEZ

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR248 |
| | § | Judge Schell |
| RAMIRO PENA, JR. (7) | § | |

## NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 846

Penalty:    Imprisonment for up to twenty years, a fine not to exceed $1,000,000, or both.  A term of supervised release of at least three years.

Special Assessment:       $100.00